**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHERYL FUNK**                                                                              **PLAINTIFF**

**VS.**                                              **4:08-CV-00132- WRW**

**LABOR READY, et al**                                                                  **DEFENDANTS**

<u>**ORDER**</u>

Pending is Defendant Daniel Rueger's Motion to Dismiss (Doc. No. 7).  Plaintiff has

responded and Defendants have replied.[1]

Plaintiff asserts claims under the ACRA for sex discrimination and retaliation. Defendant

Daniel Rueger, a District Manager for Labor Ready and Plaintiff's former supervisor, asserts that

he cannot be held individually liable under the ACRA.

In other cases,[2] I have adopted Judge Eisele's ruling from *Vineyard v. EWI Inc., et al.*[3]  In

*Vineyard*, Judge Eisele found that there is a distinction in the ACRA between the liability

imposed on "employers"[4] and "persons,"[5] which would allow individual liability for a retaliation

claim but not a discrimination claim.  As far as I can tell, this finding has not been addressed by

either the Arkansas Supreme Court or the Eighth Circuit; therefore, I will stand pat.

---

[1]Doc. Nos. 13, 17.

[2]See *Sparr v. Ward*, 4:00-CV-00717-WRW (E.D. Ark. filed Oct. 2, 2000) (Doc. No. 43);
*Wilson v. Zeigler*, No. 3:03-CV-00306-WRW (E.D. Ark. filed Oct. 2, 2003) (Doc. No. 24);
*Peterman v. Tinsley*, No. 3:07-CV-00047 (E.D. Ark. filed Apr. 19, 2007) (Doc. No. 26).

[3]No. 4:02-CV-00609-GTE (E.D. Ark. filed Oct. 1, 2002) (Doc. No. 9).

[4]Ark. Code Ann. § 16-123-107(c)(1)(A).

[5]Ark. Code Ann. § 16-123-108(a).

Accordingly, Defendant Daniel Rueger's Motion to Dismiss (Doc. No. 7) is GRANTED as to the ACRA sexual discrimination claim, but DENIED as to the ACRA retaliation claim.

IT IS SO ORDERED this 27th day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE